Case 7:19-cv-00224   Document 18   Filed on 06/26/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CORRAL BOOT COMPANY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-224 |
| | § | |
| RURAL HAZE, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court now considers the "Joint Stipulation of Dismissal"[1] filed by Plaintiff Corral Boot Company, LLC and Defendants Rural Haze, LLC and Jane Cochrane (hereafter, collectively, "the parties") dismissing the case without prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii).

Rule 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Since the stipulation of dismissal is signed by all appearing parties, Plaintiff has effectively dismissed the case and no further action by this Court is necessary. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 26th day of June, 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.